Melissa Newel (#148563)
NEWEL LAW
325 24th Street
Oakland, CA 94612
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
MARY J. CASTRO

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
RICHARD M. RODRIGUEZ
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8926
richard.rodriguez@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. CASTRO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | No. 1:16-CV-0723 GSA<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

1  Pursuant to the Scheduling Order in the above-referenced matter (Doc. 5, p. 4:12-15), IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Plaintiff shall have a first-time extension of thirty (30) days to serve her Opening Brief. Plaintiff seeks the extension in order to effectively advocate for Plaintiff in light of six additional briefs currently scheduled for submission on the same date, January 14, 2017 (which falls on a Saturday, resulting in January 17, 2017 as the current deadline for service). The new date for Plaintiff's Opening Brief shall be on or before **February 14, 2017**. All corresponding deadlines are modified accordingly.

Respectfully submitted,

Dated: January 10, 2017    NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
MARY J. CASTRO

Dated: January 10, 2017    PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: Richard Rodriguez*
RICHARD M. RODRIGUEZ
(*Authorized by email dated 01/10/2017*)
Special Assistant U.S. Attorney
Attorneys for Defendant

///
///
///
///
///
///
///

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

## **ORDER**

Based upon the above stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have a first extension of time of thirty (30) days, up to and including **February 14, 2017**, to file her Opening Brief.  All other deadlines set forth in the Scheduling Order (ECF Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **January 11, 2017**                     **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE