UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JANE CASTRO, | **16-cv-723 GSA** |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1] | |
| Defendant. | |

Pursuant to the joint stipulation of dismissal filed on February 17, 2017 (Doc. 19), by Plaintiff, Marcy Jane Castro and Defendant Nancy A. Berryhill, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 22, 2017**           **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. Pro. 25(d), Nancy A. Berryhill shall be substituted in for Carolyn W. Colvin, as Nancy A. Berryhill in now the acting Commissioner of Social Security.

1